AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

LARRY AUTREY,

                Plaintiffs

v.                                                 Civil Action No. 3:20-cv-00319

PONTOON BOAT, LLC.
doing business as Bennington,

                Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff _____ recover from the defendant _____ the amount of dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____% along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____.

_X_ Other: Pursuant to the stipulation of dismissal [Doc. No. 16] and Fed. R. Civ. P.41(a)(1)(A)(ii), the court DISMISSES this case with prejudice.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Robert L. Miller, Jr. on a Stipulation of Dismissal with Prejudice.

DATE: November 30, 2020                  ROBERT N. TRGOVICH, CLERK OF COURT

                                               By: s/ L. Higgins-Conrad
                                                      *Signature of Deputy Clerk*